# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JORGE FELIX VALDES,

Appellant,

v.

DEPARTMENT OF REVENUE, on behalf of MARIJAH
CHAUNCE LEIGH ADAIR,

Appellee.

No. 2D23-848

_____

February 7, 2024

Appeal from the Department of Revenue.

Shamika T. Askew of The Law Office of Shamika T. Askew, Brandon, for
Appellant.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant
Attorney General, Tallahassee, for Appellee.


PER CURIAM.

 Affirmed.

SLEET, C.J., and LaROSE and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.